SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TINA PILECKI, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX, INC.; et. al., <br><br> Defendants. | Case No.: 5:16-CV-01501-NC <br><br> STIPULATION TO DISMISS DEFENDANT CREDIT ACCEPTANCE CORPORATION; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Tina Pilecki and defendant Credit Acceptance Corporation, that Credit Acceptance Corporation be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT CREDIT ACCEPTANCE CORPORATION; PROPOSED ORDER -

1

DATED: May 3, 2016					Sagaria Law, P.C.

						By:	*/s/ Elliot W. Gale*
							Elliot W. Gale
						Attorneys for Plaintiff
						Tina Pilecki

DATED: May 3, 2016					Reed Smith

						By:	*/s/ Raagini Shah*
							Raagini Shah
						Attorneys for Defendant
						Credit Acceptance Corporation

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Raagini Shah has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Credit Acceptance Corporation is dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____

						Nathanael Cousins
						UNITED STATES MAGISTRATE JUDGE

STIPULATION TO DISMISS DEFENDANT CREDIT ACCEPTANCE CORPORATION; PROPOSED ORDER -

2